FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0615



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0615

LORI MONROE and REBECCA
ROSENBERGER,

      Petitioners,

    v.

TRA BOGGS,

      Respondent and Appellant.

TRA BOGGS, on behalf of himself and his
minor children, C.D.B. and T.J.B.,

      Counterclaimant,

    v.

LORI MONROE, REBECCA
ROSENBERGER
and DAVID GORDON,

      Counterclaim Defendants
      and Appellees.

**ORDER OF MEDIATOR APPOINTMENT**

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Antonia Prudich Marra,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this December 6, 2022.

Bowen Greenwood, Clerk of the Supreme Court

c:    Brian James Miller, bmiller@mswdlaw.com; cjgaub@mswdlaw.com
      Gordon David, dgordon1492@hotmail.com
      Lori Monroe, P.O. Box 378, East Glacier Park, MT 59434
      Rebecca Rosenberger, P.O. Box 378, East Glacier Park, MT 59434
      Antonia Prudich Marra, amarra@marralawfirm.com; vevjen@marralawfirm.com